No. 01–8584.  SMITH v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 01–8586.  MOORE v. JACKSON ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 01–8589.  MOORE v. STERNES, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 01–8591.  QUINT v. A. E. STALEY MANUFACTURING CO.  C. A. 1st Cir.  Certiorari denied.

No. 01–8609.  PRICE v. SUTTON.  C. A. 4th Cir.  Certiorari denied.

No. 01–8619.  BOWEN v. NORTH CAROLINA.  Ct. App. N. C.  Certiorari denied.

No. 01–8650.  SODDU v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 01–8651.  KOWAL v. RHODE ISLAND.  C. A. 1st Cir.  Certiorari denied.

No. 01–8662.  SODEN v. ROLLINS, WARDEN, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 01–8663.  EARLY v. THOMPSON, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 10th Cir.  Certiorari denied.

No. 01–8670.  WYNN v. ELO, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 01–8672.  WEBBER v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 01–8677.  FRIERSON v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 01–8695.  MALONE v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.